1102

PEOPLE, Respondent, v. BRENZEL, Appellant. (Supreme Court, Appellate Division, Second Deparrment. October 9, 1914.) Proceeding by the People of the State of New York against Catherine Brenzel. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default.

PEOPLE v. CIPOLLARO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York against Barney Cipollaro. No opinion. Motion granted. Order filed.

PEOPLE v. DABNEY. SAME v. EHRLICH. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceedings by the People of the State of New York against George Dabney and against William Ehrlich. No opinion. Motions granted. Orders filed.

PEOPLE, Respondent, v. FEINBERG, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Proceeding by the People of the State of New York against Abram I. Feinberg. No opinion. Judgment of conviction affirmed.

PEOPLE v. GRIGGS. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York against John Griggs. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. HENDRIX, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Proceeding by the People of the State of New York against Stafford Hendrix. No opinion. Motion granted, without prejudice to any motion that may be made for a dismissal of the appeal upon the ground that this case is not within the purview of the statutes.

PEOPLE v. HOROWITZ. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York against Charles S. Horowitz. No opinion. Motion denied. Settle order on notice. See, also, 147 N. Y. Supp. 1131.

PEOPLE, Respondent, v. IAGARONE, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Proceeding by the People of the State of New York against Pasquale Iagarone, whose true name is Pasquale Iaguadore. No opinion. Judgment of conviction affirmed.

PEOPLE v. JORDAN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York against Tony Jordan. No opinion. Motion granted. Order filed.

PEOPLE v. KNICKERBOCKER DAIRY CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York against the Knickerbocker Dairy Company. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE, Respondent, v. LE COMPTE, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Proceeding by the People of the State of New York against Edward Le Compte.

PER CURIAM. The only credible evidence in this case is to the effect that defendant's wife met him on a public street, and committed an assault upon him, and that he was trying to escape from her at the time he was arrested. This is insufficient to sustain a conviction for disorderly conduct. The judgment of conviction of the city magistrate, and the order of the County Court of Queens County affirming the same, are reversed, and a new trial ordered. Settle order before Mr. Justice Burr. Upon the settlement of the order, the tribunal for the new trial will be considered.

PEOPLE v. ORIFICE. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York against Thomas Orifice. No opinion. Motion granted. Order filed.

PEOPLE v. OTTENHEIMER. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York against Alfred Ottenheimer. No opinion. Motion granted. Order filed.

PEOPLE v. PAYNE et al. In re CARPENTER. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Proceeding by the People of the State of New York against Robert D. Payne and another. In the matter of the application of John W. Carpenter for an order canceling and discharging of record a judgment, etc. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

PEOPLE v. SANDLER et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Proceeding by the People of the State of New York against David E.